# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKIE ROSADO,** | : | |
| **Petitioner,** | : | |
| | : | **No. 1:19-cv-2116** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SCI MAHANOY, et al.,** | : | |
| **Respondents** | : | |

## ORDER

**AND NOW**, on this 27th day of January 2020, in accordance with the Memorandum

filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. Nos. 5, 10, 11) is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania